IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND PAYNE, )
         Plaintiff, )
v. ) C.A. No. 07-154 Johnstown
)
CATHERINE BAKER KNOLL, et al, )
         Defendants. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on June 22, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on February 28, 2008, recommended that Defendants' Motion to Dismiss Amended Complaint (Doc. #15) be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at SCI Somerset, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 25th Day of March, 2008;

      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Amended Complaint (Doc. #15) is GRANTED.

      The report and recommendation of Magistrate Judge Baxter, dated February 28, 2008, is adopted as the opinion of the court.

                                                  /s/ Maurice B. Cohill, Jr.
                                                  MAURICE B. COHILL, JR.
                                                  United States District Judge

cc:      Susan Paradise Baxter
          U.S. Magistrate Judge

          all parties of record _____